NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Clinton Brown
16821 Edgar Street
Pacific Palisades, CA 90272
310-487-6453
clinton@atlasinc.solar

CLEAR FORM

**FILED**
CLERK, U.S. DISTRICT COURT
APR 28 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

ATTORNEY(S) FOR: Clinton Brown

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CLINTON BROWN

Plaintiff(s),

v.

CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING (II).

Defendant(s)

CASE NUMBER:

**2:23-CV-03366-MEMF-KS**

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Clinton Brown_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
|  |  |

04/28/2023
Date

Clinton Brown
Signature

Attorney of record for (or name of party appearing in pro per):

Clinton Brown